# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MELINDA DELISLE, JACQUES DELISLE, ADAM DELISLE, BRYAN IRVIN, CHARLES CELLA, DEBORAH CELLA, MARY CAY CURRAN, ELIZA HARDY JONES, KRISTA NELSON, EILEEN MCGOVERN, CEDRIC HARDY,

          Petitioners

       v.

KATHY BOOCKVAR, IN HER CAPACITY AS SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, AND JESSICA MATHIS, IN HER CAPACITY AS DIRECTOR OF THE BUREAU OF ELECTION SERVICES AND NOTARIES OF THE PENNSYLVANIA DEPARTMENT OF STATE,

          Respondents

:  No. 95 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 29th day of May, 2020, upon consideration of the Petitioners' Petition for Review:

1. The Petition for Review was filed outside of the 180 day time period from the date of enactment of Act No. 2019–77 during which this Court had exclusive jurisdiction to decide specified constitutional challenges to Act No. 2019-77. *See* Section 13(1)-(3).

2. Petitioners' alternative request for King's Bench or extraordinary jurisdiction is denied.

3. The case is immediately transferred to the Commonwealth Court.

Justice Wecht files a concurring statement.